# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                          )
                    Plaintiff             )        CRIMINAL NO. _08 mj 2395_
                                          )
                                          )              ORDER
            vs.                           )
                                          )        RELEASING MATERIAL WITNESS
    Jose Juan Alvarez - Garcia )
                                          )
                                          )        Booking No.
                    Defendant(s)          )
_____ )

On order of the United States District Magistrate Judge, _Ruben B. Brooks_

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court)

_Jeronima Hernandez - Lopez_

DATED: _8-14-08_

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
            DUSM

            W. SAMUEL HAMRICK, JR.   Clerk
            by _G. Cazares_
                    **Deputy Clerk**